
FILED
August 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002829524

JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

**ALLAN CARROLL DINGMAN**
**CATHERINE ROSS DINGMAN**

Debtor(s).
_____/

CASE NO. **09-31052-A-7**

DC NO. **JRR-4**

DATE: **SEPTEMBER 7, 2010**
TIME: **9:00 A.M.**
COURTROOM: **28**

**TRUSTEE'S MOTION FOR SALE OF ASSETS FREE AND**
**CLEAR OF LIENS AND ENCUMBRANCES**

The Motion of JOHN R. ROBERTS, as Trustee of the estate of the above-named debtor, respectfully represents:

1. That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtors

2. That movant has, as such Trustee, possession of the following asset belonging to the debtors' estate:

> **Single Family Residence commonly known as**
> **310 Delwood Street, Westwood, CA 96137**
> **APN: 125-151-20-11**

3. That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and said sale is for the fair market value.

4. The property is co-owned by William J. Heacox. The net proceeds will be split equally between both parties.

5. The Trustee has received an offer from DILLON CLARK, no relationship to the debtor, for the sum of $40,000.00, cash as evidenced by the Residential Purchase Agreement and Joint Escrow Instructions to the Exhibits and marked as **Exhibit "A"**.

6. Any costs to be paid will be paid as agreed upon in the attached offer.

7. An escrow has been opened at OLD REPUBLIC TITLE COMPANY, escrow number 2123009555-KDD and a $500.00 deposit has been placed with said title company.

8. There is no Deed of Trust holder, real property taxes, utility liens and homeowners association liens will be paid from the escrow, as applicable, along with real estate commissions and the usual and customary escrow and title fees. The Franchise Tax Board has a recorded tax lien, as to the Debtors only, and as such will be paid solely from the bankruptcy estate's portion of the net proceeds. A copy of the estimated closing statement is attached to the exhibits as **Exhibit "B"**.

WHEREFORE, Trustee prays for an Order from this Court allowing him to sell the asset as described herein free and clear of liens and encumbrances.

DATED: August 4, 2010

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919